UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEVIN RAGLAND #191565,

               Plaintiff,                                 Hon. Janet T. Neff

v.                                              Case No. 1:19-cv-523

CORIZON MEDICAL PROVIDERS, INC.,
et al.,

               Defendants.

_____/

**REPORT AND RECOMMENDATION**

On November 20, 2020, I granted Plaintiff's motion to amend his complaint to add John and Jane Doe Defendants, who Plaintiff indicated were Corizon Utilization Managers. (ECF No. 73 at PageID.456.) Corizon Health, Inc., was the only Defendant remaining in the case. Although Plaintiff had delayed in moving to amend, discovery had not closed, and there appeared to be sufficient time to serve the unnamed Defendants. In addition, Plaintiff indicated in his motion that he was in the process of obtaining the names of the proposed Defendants through discovery. (ECF No. 67 at PageID.440.)

Plaintiff filed his amended complaint on December 7, 2020. On December 10, 2020, I ordered Plaintiff to provide service information for the new defendants within 21 days. (ECF No. 79.) On December 23, 2020, I granted Plaintiff's motion to extend the discovery deadline to April 1, 2021, and the dispositive motion deadline to April 29, 2021. (EFC No. 83.) On January 11, 2021, I granted Plaintiff's motion to extend the time for disclosure of the identities of the newly added John and Jane Does and ordered Plaintiff to provide service information within 21 days.

Plaintiff was warned that failure to provide the required service information would result in dismissal of the John/Jane Doe Defendants without prejudice. (ECF No. 89.)

Although Plaintiff has been granted sufficient time to obtain the service information for the John/Jane Doe Defendants, he has failed to supply that information as of this date. In addition, discovery closes in one month and there is no good reason for another extension of the deadlines in this case.

Accordingly, pursuant to 28 U.S.C. § 636(b)(1)(B), I recommend that the Court **dismiss** the John/Jane Doe Defendants **without prejudice**.

Dated: February 26, 2021                                  /s/ Sally J. Berens
                                                         SALLY J. BERENS
                                                         U.S. Magistrate Judge

## NOTICE

OBJECTIONS to this Report and Recommendation must be filed with the Clerk of Court within 14 days of the date of service of this notice. 28 U.S.C. § 636(b)(1)(C). Failure to file objections within the specified time waives the right to appeal the District Court's order. *See Thomas v. Arn*, 474 U.S. 140 (1985); *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).