UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEVIN RAGLAND,

    Plaintiff,

v.

CORIZON HEALTH, INC., et al.,

    Defendants.
_____/

Case No. 1:19-cv-523

HON. JANET T. NEFF

## ORDER

This is a civil rights action brought by a state prisoner under 42 U.S.C. § 1983. On February 26, 2021, the Magistrate Judge issued a Report and Recommendation (ECF No. 97), recommending that the Court dismiss the John/Jane Doe Defendants without prejudice. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF. No. 97) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the John/Jane Doe Defendants are DISMISSED without prejudice for the reasons stated in the Report and Recommendation.

Dated: March 23, 2021

    /s/ Janet T. Neff
    JANET T. NEFF
    United States District Judge