UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEVIN RAGLAND,

    Plaintiff,

v.

CORIZON HEALTH, INC., et al.,

    Defendants.
_____/

Case No. 1:19-cv-523

HON. JANET T. NEFF

## ORDER

This is a civil rights action brought by a state prisoner under 42 U.S.C. § 1983. Defendant Corizon Health, Inc. filed a Motion for Summary Judgment (ECF No. 101). Plaintiff also filed a Motion for Summary Judgment (ECF No. 103). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on September 30, 2021 (ECF No. 113), recommending that this Court grant Corizon's motion, deny Plaintiff's motion, and that this action be dismissed with prejudice. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 113) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant Corizon Health, Inc.'s Motion for Summary Judgment (ECF No. 101) is GRANTED.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Summary Judgment (ECF No. 103) is DENIED.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith because Plaintiff failed to file any objections to the Report and Recommendation (ECF No. 113).  See *McGore v. Wrigglesworth*, 114 F.3d 601, 610-11 (6th Cir. 1997), overruled on other grounds by *Jones v. Bock*, 549 U.S. 199, 206, 211-12 (2007).

A Judgment will be entered consistent with this Order.


Dated:  October 26, 2021         /s/ Janet T. Neff
                                 JANET T. NEFF
                                 United States District Judge